```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11920
   DEBORAH A FERGUSON
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-2536

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/03/2007 and was confirmed 08/16/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 04/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
BANK OF AMERICA            SECURED VEHIC     12585.00         284.55        340.45
BANK OF AMERICA            UNSECURED           388.61            .00           .00
NATIONWIDE ACCEPTANCE~     SECURED             100.00            .84        100.00
NATIONWIDE ACCEPTANCE~     UNSECURED          1577.02            .00           .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC         .00             .00           .00
WELLS FARGO AUTO FINANCE   UNSECURED        NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         10224.67            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED           .00           .00
AMERICASH LOANS            UNSECURED        NOT FILED           .00           .00
APPLE TITLE LOAN           UNSECURED        NOT FILED           .00           .00
CAPITAL ONE                UNSECURED          2527.71           .00           .00
CAPITAL ONE                UNSECURED           670.18           .00           .00
CERTEGY PAYMENT RECOVERY   UNSECURED        NOT FILED           .00           .00
B-REAL LLC                 UNSECURED           837.32           .00           .00
CHECK INTO CASH            UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED           100.00           .00           .00
CITY OF OAK PARK           UNSECURED        NOT FILED           .00           .00
ILLINOIS COLLECTION SERV   UNSECURED        NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE   FILED LATE           .00             .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          2186.65           .00           .00
TSYS DEBT MANAGEMENT       UNSECURED          1690.89           .00           .00
NICOR GAS                  UNSECURED           976.40           .00           .00
ONE IRON VENTURES INC      UNSECURED        NOT FILED           .00           .00
SAFEWAY                    UNSECURED        NOT FILED           .00           .00
TCF NATIONAL BANK          UNSECURED        NOT FILED           .00           .00
PAYDAY STORE OF ILLINOIS   UNSECURED        NOT FILED           .00           .00
TARGET NATIONAL BANK       UNSECURED           239.57           .00           .00
ECMC                       UNSECURED          7461.37           .00           .00
WORLD FINANCIAL NETWORK    UNSECURED           964.93           .00           .00
ILLINOIS DEPT OF REVENUE   FILED LATE           .00             .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,314.00                      1,723.28
TOM VAUGHN                 TRUSTEE                                           175.88

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11920 DEBORAH A FERGUSON
```

```
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 2,625.00

PRIORITY                                             .00
SECURED                                           440.45
    INTEREST                                      285.39
UNSECURED                                            .00
ADMINISTRATIVE                                  1,723.28
TRUSTEE COMPENSATION                              175.88
DEBTOR REFUND                                        .00
                     ---------------       ---------------
TOTALS                  2,625.00                2,625.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 07/24/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE


                        PAGE   2
     CASE NO. 07 B 11920 DEBORAH A FERGUSON